UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL B. KARRON,

                  Movant,

   -against-

UNITED STATES OF AMERICA,

                  Respondent.

------------------------------------------------------------X

ORDER OF DISMISSAL

12 Civ. 4521 (LAP)

LORETTA A. PRESKA, Chief United States District Judge:

      By order dated July 25, 2012, the Court directed Plaintiff to pay the $350.00 filing fee or submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization within thirty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fee or filed an IFP application and prisoner authorization. Accordingly, Plaintiff is granted IFP status for the limited purpose of dismissing the action without prejudice. The action is dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      SO ORDERED:

                                                _____
                                                LORETTA A. PRESKA
                                                Chief United States District Judge

Dated: November 27, 2012
       New York, New York