UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DANIEL B. KARRON,

               Movant,

   -against-

UNITED STATES OF AMERICA,

               Respondent.

-------------------------------------------------------------X

CIVIL JUDGMENT

12 Civ. 4521 (LAP)

    Pursuant to the Order issued November 27, 2012 dismissing the action, it is,

    ORDERED, ADJUDGED AND DECREED:  That the action is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

*[Signature: Loretta A. Preska]*

               LORETTA A. PRESKA
            Chief United States District Judge

Dated: November 27, 2012
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.